IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CENTRAL LABORERS' PENSION FUND, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) ) | NO. 11 C 5587 |
| | ) | JUDGE JAMES B. ZAGEL |
| BLAIR JOHNSON EXCAVATING, INC., an Illinois corporation, | ) ) ) | |
| Defendant. | ) | |

## MOTION FOR ENTRY OF DEFAULT AND JUDGMENT

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, BLAIR JOHNSON EXCAVATING, INC., an Illinois corporation, in the total amount of $2,139.59, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $911.25.

On November 21, 2011, the Summons and Complaint was served on the Registered Agent (by tendering a copy of said documents to the Illinois Secretary of State) (a copy of the Summons and Affidavit of Compliance for Service on Secretary of State is attached hereto). Therefore, Defendant's answer was due on December 12, 2011. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/   Cecilia M. Scanlon

## CERTIFICATE OF SERVICE

       The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participants on or before the hour of 5:00 p.m. this 12th day of January 2012:

       Mr. Blair Johnson, Registered Agent/President
       Blair Johnson Excavating, Inc.
       2432 N. 46th Road
       Leland, IL   60531

       Jesse White
       Secretary of State
       Department of Business Services
       Attn: File #6688-6719
       Springfield, IL   62756


       /s/   Cecilia M. Scanlon


Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\CLJ\Johnson, Blair Excavating\motion.cms.df.wpd